# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

JRBARDALES@HOTMAIL.COM
Maintained by MSN Hotmail
1065 LaAvenida, Building 4
Mountain View, CA 94043

FILED
MAY 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 06-200M-01

I  Matthew K. Mahoney  being duly sworn depose and say:

I am a(n)  Special Agent with the Drug Enforcement Administration  and have reason to believe
                              (Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)

JRBARDALES@HOTMAIL.COM
Maintained by MSN Hotmail, 1065 LaAvenida, Building 4, Mountain View, CA 94043

in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property to be searched)

Electronic mail (opened and unopened) and attachments to said mail; all entries in any address book or buddy list; all print-outs from original storage of said mail; any and all transaction information, to include log files, dates, times, methods of connecting, ports, dial-ups and/or locations; all business records and subscriber information, in any form kept, including applications, subscriber(s) full names, all screen names associated with the subscriber(s) and/or accounts, all account names associated with the subscriber(s), methods of payment, telephone numbers, addresses and detailed billing records; all records indicating the services available to subscribers of said electronic mail address.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

Evidence of the location of a person to be arrested.

concerning a violation of Title  21  United States Code, Section(s) 952, 959, 963.  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    YES    NO

Signature of Affiant
Matthew K. Mahoney, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

MAY 0 5 2006                                            at Washington, D.C.
Date

Alan Kay, District Court Magistrate Judge
Name and Title of Judicial Officer                      Signature of Judicial Officer